THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH SCOTT, Appellant. [53 NYS3d 588]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered October 28, 2015. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Whalen, P.J., Smith, DeJoseph, Troutman and Scudder, JJ.